UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CORONA,<br><br>    Plaintiff,<br><br>    v.<br><br>PEDRO RAMOS,<br><br>    Defendant. | No. 2:17-cv-2064-TLN-KJN<br><br><br><br>ORDER |

Presently pending before the court is plaintiff's motion for default judgment, which was set for hearing on April 5, 2018. (ECF No. 13.) Defendant failed to file an opposition or statement of non-opposition to the motion in accordance with Local Rule 230(c). Nevertheless, out of an abundance of caution, the court provides defendant with one final opportunity to appear and oppose the motion, if he so desires.

The court's record also reveals that the appearing parties have not yet indicated whether they consent to the jurisdiction of a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c). Importantly, the parties are under no obligation to so consent, but the consent/decline designation assists the court in determining how the action should be administratively processed.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 5, 2018 hearing is VACATED.

2. Defendant shall file any opposition to plaintiff's motion for default judgment no later than April 16, 2018, and any reply brief shall be due April 30, 2018. Thereafter, the motion will be submitted for decision on the record and written briefing pursuant to Local Rule 230(g). If the court subsequently determines that supplemental briefing or oral argument is necessary, the parties will be notified.
3. Defendant is cautioned that failure to oppose the motion will be deemed to be defendant's consent to granting the motion in full and may result in the entry of a default judgment against defendant.
4. No later than April 16, 2018, all appearing parties shall file a consent/decline designation to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

IT IS SO ORDERED.

Dated: March 27, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE