STEVEN J. EYRE, CB# 119714
3550 WILSHIRE BOULEVARD, SUITE 420
LOS ANGELES, CALIFORNIA 90010
(213) 814-4416
Fax (213) 985-2159
stevenjeyre@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

501 "I" Street, Sacramento, California 95814

| | |
|---|---|
| JUAN CORONA,<br><br>　　　　Plaintiff,<br><br>　　-vs.-<br><br>PEDRO RAMOS PKA PALILLO PALMA, DOES 1-10,<br><br>　　　　Defendants. | **No. 2:17-CV-02064-TLN-KJN**<br><br>**STIPULATED JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Juan Corona filed this action for federal trademark infringement and unfair competition under 15 U.S.C. § 1125(a)(1)(A), for state law trade name infringement and unfair competition under California Business & Professions Code §§ 17200 et seq., false advertising under California Business & Professions Code §§ 17500 et seq. and for common law interference with prospective business advantage, accounting and injunctive relief. The parties to this action have stipulated to settlement of this action without adjudication of any issue of fact or

-1-

law.

THEREFORE, based upon the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED as follows:[1]

## **FINDINGS**

1. This Court has jurisdiction over the claims brought by plaintiff under 28 U.S.C. §§ 1331 and 1138(a), and under 15 U.S.C. § 1125(a)(1)(A), as well as over plaintiff's supplemental state law claims, as provided under 28 U.S.C. § 1367. This Court has jurisdiction over the parties.

2. Venue in the United States District Court for the Eastern District of California ("this federal district") is proper as defendant Pedro Ramos pka Palillo Palma is a resident of the city of Lodi, California and of this federal district.

3. Plaintiff Juan Corona is owner in the United States of the marks EXTERMINADOR and GRUPO EXTERMINADOR with respect to services, namely live performances of a musical band, and goods, namely sound recordings.

4. The Complaint herein states claims against defendant upon which relief can be granted.

5. Defendant Ramos has engaged in actions complained of in plaintiff's Complaint herein within the state of California and this federal district, as well as elsewhere in the United States.

6. Defendant has entered into a Stipulation for Entry of a Stipulated Judgment and Permanent Injunction (hereafter "Stipulation") freely and without coercion.

7. Defendant has acknowledged that he has read the provisions of the Stipulation as well as this Stipulated Judgment and Permanent Injunction (hereafter "Judgment") and will abide by them.

8. Plaintiff and Defendant have waived all rights to appeal or otherwise challenge or contest the validity of this Judgment.

---

[1] Both parties consented to the jurisdiction of a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c). (ECF Nos. 15, 17.)

-2-

*Corona vs. Ramos/*2:17-cv-02064-TLN-KJN      **JUDGMENT AND PERMANENT INJUNCTION**

# **ORDER**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties hereto.

2. Judgment is hereby entered in favor of plaintiff Juan Corona and against defendant Pedro Ramos pka Palillo Palma on all causes of action of the Complaint.

3. Defendant, his officers, agents, servants and employees, and those persons in active concert or participation with the foregoing who receive actual notice of this Order by personal service or otherwise are hereby PERMANENTLY ENJOINED AND RESTRAINED from engaging in or performing any of the following acts:

(a) using the GRUPO EXTERMINADOR mark or trade name alone or in combination with any other words or symbols which so resemble plaintiff's mark and name "Grupo Exterminador," including without limitation "Nuevo Exterminador" and "Exterminador," as to be likely to cause confusion, deception or mistake, on or in connection with the advertising, offering for sale, or sale of any product or service which is not plaintiff's or not authorized by plaintiff to be sold in connection with each of said marks and name;

(b) contacting promoters, advertisers or other businesses for the purpose of offering the services of defendant as "Grupo Exterminador" or any confusingly similar or colorable imitation of the "Grupo Exterminador" name, including without limitation "Nuevo Exterminador" or "Exterminador";

(c) using any trademark, trade name, logo, business name or other identifier or acting in any fashion which may be calculated to falsely represent that the goods and services provided, promoted or offered by defendant are sponsored by, authorized by, licensed by, or in any other way associated with plaintiff;

-3-

*Corona vs. Ramos/*2:17-cv-02064-TLN-KJN  **JUDGMENT AND PERMANENT INJUNCTION**

(d) engaging in any other activity constituting an infringement of plaintiff's mark or trade name or of plaintiff's rights in, or right to use or to exploit said mark or trade name;

(e) doing or causing to be done any further acts in violation of California Business and Professions Code § 17500 et seq.; and

(f) assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (e) above.

4. This Court shall have continuing jurisdiction over the Stipulation and the Stipulated Judgment of Permanent Injunction and over the parties to enforce the terms of the same and to hear motions and applications for contempt or any other related matter.

5. The Court orders that plaintiff is entitled to conduct post-judgment discovery for the purpose of determining compliance and enforcing the terms of the Stipulation and the Stipulated Judgment and Permanent Injunction.

6. Defendant is ordered to execute and submit to plaintiff's counsel an acknowledgement of receipt of this Order within five (5) days of receipt of a Notice of Entry of the Order and service of the Order upon him.

7. In light of the foregoing, plaintiff's motion for default judgment (ECF No. 13) is DENIED as moot.

8. The Clerk of Court shall enter judgment and close this case.

IT IS SO ORDERED.
Dated: May 4, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE